IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
DAVID TOM, on behalf of himself and others similarly situated,

Plaintiff,

-against-

DELANCEY STREET GROUP LLC and MJA HOLDINGS, INC. d/b/a MCA JUSTICE,

Defendants.
---------------------------------------------------------X

Case No.: 1:25-cv-00566-GTS-DJS

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that upon the accompanying Declaration of Stephen Nakamura In Support of Defendant MJA Holdings, Inc.'s Motion to Dismiss, and the exhibits annexed thereto, together with the accompanying Memorandum of Law in Support of Defendant MJA Holdings, Inc.'s Motion to Dismiss, defendant MJA Holdings, Inc. will move this court on a date to set by the Court or as soon thereafter as counsel can be heard, before U.S. District Judge, Hon. Glenn T. Suddaby, USDJ, at the James T. Foley U.S. Courthouse located at 445 Broadway Room 509 Albany, New York 12207-2936, for an Order: i) dismissing Plaintiff's First Amended Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6), or Fed. R. Civ. P. 12(b)(3); or ii) alternatively transferring the venue of this action to the Eastern District of New York pursuant to 28 U.S.C. 1404(a); and iii) such other and further relief as this Court deems just and proper.

Dated: August 22, 2025
New York, New York

MERLE, BROWN & NAKAMURA, P.C.

By: ______________________________
Stephen Nakamura
*Attorneys for defendant, MJA Holdings, Inc.*
18 E. 41st Street, Suite 1906
New York, NY 10017

Tel. 212-471-2990, Ext. 105
Email: s.nakamura@mbnpc.com

To: Andrew Roman Perrong, Esq.
Perrong Law LLC
Attorneys for Plaintiff
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Tel.: 215-225-5529
Fax: 888-329-0305
Email: a@perronglaw.com

Anthony Paronich, Esq.
Paronich Law, P.C.
Attorneys for Plaintiff
350 Lincoln St., Suite 2400
Hingham, Massachusetts 02043
Tel.: 617-485-0018
Fax: 508-318-8100
Email: anthony@paronichlaw.com

Thomas A. Leghorn, Esq.
Elyse Schindel, Esq.
London Fischer LLP
Attorneys for Defendant Delancey Street Group LLC
59 Maiden Lane
New York, New York 10038
Tel.: (212) 972-1000
Email: tleghorn@londonfischer.com
eschindel@londonfischer.com