IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAVID TOM, on behalf of himself and others similarly situated,

Case No.: 1:25-cv-00566-GTS-DJS

Plaintiff,

-against-

DELANCEY STREET GROUP LLC and
MJA HOLDINGS, INC. d/b/a MCA JUSTICE,

Defendants.
-----------------------------------------------------------X

**DECLARATION OF STEPHEN NAKAMURA**
**IN SUPPORT OF DEFENDANT MJA HOLDINGS, INC.'S MOTION TO DISMISS**

STEPHEN NAKAMURA, hereby declares that the following is true under penalties of perjury:

1. I am a member of the law firm of Merle, Brown & Nakamura, P.C., the attorneys for MJA Holdings, Inc. ("MJA"), a defendant in the above captioned action.

2. I submit this declaration in support of MJA's motion to dismiss the First Amended Complaint of plaintiff, David Tom ("Tom" or "Plaintiff"), or in the alternative to have this action transferred to the United States District Court for the Eastern District of New York.

3. I have conducted a PACER search by party name of the Plaintiff. This search reveals Mr. Tom was the named plaintiff in the following fourteen (14) Telephone Consumer Protection Act Federal Class Action litigations:

| **Case Title** | **Court** | **Case Number** | **Date Filed** |
|---|---|---|---|
| 1. *Tom v. Modern Concepts Construction LLC* | M.D. Fla. | 22-cv-01644 | 09/09/2022 |
| 2. *Tom v. Atlantic Partners Realty Brevard, LLC et al* | M.D. Fla. | 22-cv-02217 | 11/30/2022 |
| 3. *Tom v. Kloze Mortgage Corp. et al* | M.D. Fla. | 22-cv-02218 | 11/30/2022 |

| | | | |
|---|---|---|---|
| 4. *Tom v. Transportation Media, Inc.* | W.D. Tex. | 22-cv-01296 | 12/09/2022 |
| 5. *Tom v. Lead Genesis Partners, LLC* | M.D. Fla. | 24-cv-00417 | 02/29/2024 |
| 6. *Tom v. 7th Ace, LLC* | M.D. Fla. | 24-cv-00761 | 04/24/2024 |
| 7. *Tom v. Forbes & York Insurance LLC et al* | D. Colo. | 24-cv-01208 | 05/02/2024 |
| 8. *Tom v. Thomas Roofing and Repair Inc.* | M.D. Fla. | 24-cv-01037 | 06/05/2024 |
| 9. *Tom v. Forbes & York Insurance LLC et al* | M.D. Fla. | 24-cv-01320 | 06/14/2024 |
| 10. *Tom v. Consider Solar, LLC* | E.D. Va. | 24-cv-01100 | 06/24/2024 |
| 11. *Tom v. Local Search Group LLC* | S.D. Tex. | 24-cv-02887 | 08/02/2024 |
| 12. *Tom v. US Solar Quotes LLC* | M.D. Fla. | 24-cv-01647 | 09/11/2024 |
| 13. *Tom v. Ellington Service Corporation, et al* | M.D. Fla. | 24-cv-01859 | 10/16/2024 |
| 14. *Tom v. Premier Home Solutions, LLC* | D. Mass. | 24-cv-13195 | 12/30/2024 |

4. Based on a review of the complaints in these other litigations, Plaintiff, upon information and belief, was or is a resident of Brevard County, Florida.

5. Based on a review of these complaints, Plaintiff has at least two telephone numbers. One of those telephone numbers is the number that is at issue in the litigation before this Court. The other telephone number, 321-7XX-XXXX is a residential copper landline, as set forth in paragraph 27 of the complaint in the matter of *Tom v. Consider Solar*, Case No. 22-cv-01100 (E.D.Va 2024). *See* Ex. A ¶ 27.

6. Based upon the Declaration of Thomas Leghorn (counsel to co-defendant Delancey) [*see* ECF No. 9, ¶ 8, Ex. F] , and upon my own search on the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")'s website at https://www.atf.gov/firearms/listing-federal-firearms-licensees, the telephone at number in this litigation is the business number for the Federal Firearms Licensee, Tom & Company, LLC, which does business under the name Goingquiet.com.

7. In addition to the 14 class action complaints that I located on PACER, there is an additional non-TCPA litigation in which it appears Mr. Tom is the Plaintiff: *Tom v. City of Indian Harbour Beach et al.*, Case No. 19-cv-01432 (M.D. Fla. 2019). In that action, Mr. Tom appeared

*pro se*. The telephone number Plaintiff used to identify himself in the *Indian Harbour* litigation is 321-725-9212. *See* Ex. B, p. 18. Upon information and belief, this number (321-725-9212) is the same residential copper landline number referred to in paragraph 27 of the *Consider Solar* litigation.

8. Attached to this declaration are true and correct copies of the following documents being submitted in support of MJA's motion:

a. **Exhibit A**: A copy of the complaint in *Tom v. Consider Solar*, Case No. 22-cv-01100 (E.D.Va 2024);

b. **Exhibit B**: A copy of the complaint in *Tom v. City of Indian Harbour Beach et al.*, Case No. 19-cv-01432 (M.D. Fla. 2019);

c. **Exhibit C**: Printouts downloaded from the Florida Secretary of State website concerning the entity Tom & Company and the business name, Goingquiet.com.

d. **Exhibit D**: A printout of a licensee search conducted on the website https://www.ffls.com concerning Tom & Company's expired FFL license, as well as Tom & Company's current FFL license.

e. **Exhibit E**: A printout from the ATF's EZCheck system available on the ATF website at https://fflezcheck.atf.gov/FFLEzCheck/, concerning Tom & Company d/b/a Goingquiet.com.

f. **Exhibit F**: A Wayback Machine printout of Goingquiet.com's website from September 4, 2024, which contains the phone number at issue in this litigation.

g. **Exhibit G**: A printout of Goingquiet.com's website from August 20, 2025, showing that this phone number has been scrubbed from the website.

h. **Exhibit H**: A printout of the Google search results from August 20, 2025, showing that the telephone number upon which Plaintiff brings his action is still, in fact, the telephone number for Goingquiet.com, despite the fact that it was scrubbed from the website.

9. For the foregoing reasons, and for the reasons set forth in the attached exhibits and memorandum of law in support of MJA's motion to dismiss that accompanies this declaration, I respectfully request that the Court grant MJA's motion to dismiss and dismiss this action in its entirety, with prejudice and without leave to replead. In the event that the Court does not dismiss this action, I respectfully request that it be transferred to the United States District Court for the Eastern District of New York.

Dated: August 22, 2025
New York, New York

Respectfully submitted,

By: ____________________________

Stephen Nakamura
MERLE, BROWN & NAKAMURA, P.C.
*Attorneys for defendant MJA Holdings, Inc.*
18 E. 41st Street, Suite 1906
New York, NY 10017
Tel. 212-471-2990, Ext. 105
Email: s.nakamura@mbnpc.com