# EXHIBIT C

**2025 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

**FILED**
**Feb 23, 2025**
**Secretary of State**
**2991175713CC**

DOCUMENT# L10000043606

**Entity Name:** TOM & COMPANY, LLC

**Current Principal Place of Business:**

1101 W HIBISCUS BLVD #103A
MELBOURNE, FL 32901

**Current Mailing Address:**

1101 W HIBISCUS BLVD #103A
MELBOURNE, FL 32901

**FEI Number: 27-2486518**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

TOM, DAVID
1101 WEST HIBISCUS BLVD #103A
MELBOURNE, FL 32901 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent — Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGR | Title | MGR |
| Name | TOM, DAVID | Name | TOM, ANDREW |
| Address | 1101 W HIBISCUS BLVD #103A | Address | 1101 W HIBISCUS BLVD #103A |
| City-State-Zip: | MELBOURNE FL 32901 | City-State-Zip: | MELBOURNE FL 32901 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DAVID M TOM CEO 02/23/2025

Electronic Signature of Signing Authorized Person(s) Detail — Date

L10000043606

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP ☐ WAIT ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _______ Certificates of Status _______

Special Instructions to Filing Officer:

Office Use Only

800182141578

AC 6/17/10
E. DENNARD

**Malave, Erin**

**From:** corphelp
**Sent:** Tuesday, June 15, 2010 1:02 PM
**To:** 'David Tom'
**Subject:** RE: Ficticious Name Address Change

GOINGQUIET.COM
[redacted]

TOM & COMPANY LLC
L10000043606

Thank you for your e-mail.

Please note that all addresses other than the LLC's Registered Agent address can be changed by e-mail. Your request has been forwarded to the proper section for updating. Please allow 2 to 3 business days for this update to be processed.

If you need to change the LLC's registered agent address, please return to www.sunbiz.org and select "Print Filing Forms" and then from the list of LLC forms, print Change of Registered Agent and/or Registered Office Address. The form will print out with instructions.

Thank you.

Lee Rivers
Internet Access
Division of Corporations

---

**From:** David Tom [mailto:david.m.tom@gmail.com]
**Sent:** Friday, June 11, 2010 7:29 PM
**To:** corphelp
**Subject:** Ficticious Name Address Change

Hello, I have registered GoingQuiet.com as a ficticious name and we have just got the office open.

How hard would it be to change the address of record for the ficticious name and the corporation to:

Tom & Company
1101 W Hibiscus Blvd #103A
Melbourne, FL 32901

Thanks!