**EXHIBIT F**

The Wayback Machine - https://web.archive.org/web/20240904063642/https://www.goingquiet.com/

GOING QUIET

Search

### Get Started

- Home
- News
- Contact Us
- Retailer Login
- Store Policies
- Privacy Policy
- Terms of Use

### Shopping

- Handguns
- Rifles
- Shotguns
- Shop by Manufacturers

### Contact

Use email for fastest service:
sales@goingquiet.com

**Ph:** (321) 917-0760
**Fax:** 877-249-4253

© Copyright 2024 Gearfire all rights reserved.