UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

David Tom, Plaintiff

v.

Delancey Street Group LLC, Defendant
-----------------------------------------------------------X

2:26-cv-01150-JMA-ST

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel
       Stephen Nakamura

       Elyse S. Schindel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and

the Certificate(s) of Good Standing annexed thereto, I Andrew Roman Perrong    will move this

Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an order allowing the admission of movant, a

member of the firm of Perrong Law LLC    and a member in good standing of

the bar(s) of the State(s) of Pennsylvania, Oregon   , as attorney *pro hac*

*vice* to argue or try this case in whole or in part as counsel for

Plaintiff David Tom   . There are no pending disciplinary

proceedings against me in any state or federal court. (If there are any disciplinary proceedings,

describe them.)

Respectfully submitted,

Dated: 4/2/2026

Signature of Movant
Firm Name Andrew Roman Perrong
Address 2657 Mount Carmel Avenue
Glenside, PA 19038
Email a@perronglaw.com
Phone 215-225-5529