UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------

David Tom

                    Plaintiff(s),

    v.

Delancey Street Group LLC

                  Defendant(s).

------------------------------------------------------------

2:26-cv-01150-JMA-ST

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

I, ANDREW ROMAN PERRONG                         , being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner_____ with the law firm of PERRONG LAW LLC_____.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of PENNSYLVANIA, OREGON_____.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not_____ been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not_____ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 333687, 243320_____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 2:26-cv-01150-JMA-ST_____ for Plaintiff_____ David Tom_____.

Date 4/2/26_____

_____

_____
Signature of Movant
Firm Name PERRONG LAW LLC_____
Address 2657 MOUNT CARMEL AVENUE_____

_____
GLENSIDE, PA 19038
Email A@PERRONGLAW.COM_____
Phone 215-225-5529_____

**NOTARIZED**

Commonwealth of Pennsylvania - Notary Seal
VERA JARYI - Notary Public
Bucks County
My Commission Expires May 29, 2026
Commission Number 1326643