IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
DAVID TOM, on behalf of himself and others
similarly situated,

                              Plaintiff,

            -against-

DELANCEY STREET GROUP LLC and
MJA HOLDINGS, INC. d/b/a MCA JUSTICE,

                            Defendants.
-------------------------------------------------------X

Case No.: 1:25-cv-00566-GTS-DJS

**NOTICE OF MOTION TO DISMISS**

       PLEASE TAKE NOTICE that upon the accompanying Declaration of Stephen Nakamura In Support of Defendant MJA Holdings, Inc.'s Motion to Dismiss, and the exhibits annexed thereto, together with the accompanying Memorandum of Law in Support of Defendant MJA Holdings, Inc.'s Motion to Dismiss, defendant MJA Holdings, Inc. will move this court on a date to set by the Court or as soon thereafter as counsel can be heard, before U.S. District Judge, Hon. Glenn T. Suddaby, USDJ, at the James T. Foley U.S. Courthouse located at 445 Broadway Room 509 Albany, New York 12207-2936, for an Order: i) dismissing Plaintiff's First Amended Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6), or Fed. R. Civ. P. 12(b)(3); or ii) alternatively transferring the venue of this action to the Eastern District of New York pursuant to 28 U.S.C. 1404(a); and iii) such other and further relief as this Court deems just and proper.

Dated: August 22, 2025
       New York, New York

                              MERLE, BROWN & NAKAMURA, P.C.

            By:    _____
                              Stephen Nakamura
                              *Attorneys for defendant, MJA Holdings, Inc.*
                              18 E. 41st Street, Suite 1906
                              New York, NY 10017

Tel. 212-471-2990, Ext. 105
Email: s.nakamura@mbnpc.com

To:   Andrew Roman Perrong, Esq.
      Perrong Law LLC
      Attorneys for Plaintiff
      2657 Mount Carmel Avenue
      Glenside, Pennsylvania 19038
      Tel.: 215-225-5529
      Fax: 888-329-0305
      Email: a@perronglaw.com

      Anthony Paronich, Esq.
      Paronich Law, P.C.
      Attorneys for Plaintiff
      350 Lincoln St., Suite 2400
      Hingham, Massachusetts 02043
      Tel.: 617-485-0018
      Fax: 508-318-8100
      Email: anthony@paronichlaw.com

      Thomas A. Leghorn, Esq.
      Elyse Schindel, Esq.
      London Fischer LLP
      Attorneys for Defendant Delancey Street Group LLC
      59 Maiden Lane
      New York, New York 10038
      Tel.: (212) 972-1000
      Email: tleghorn@londonfischer.com
             eschindel@londonfischer.com

2