**EXHIBIT E**

FFL eZ Check **3.1.2**

Bureau of Alcohol, Tobacco, Firearms and Explosives

**▪ FFL Search**
**▪ FFL Download**

# Federal Firearms License Results

**Warning:** No one may use this screen, in lieu of the required certified copy of a Federal Firearms License, to acquire a firearm.

**License Number**: **1-59-XXX-XX-XX-11611**

**Expiration Date**: 07/01/2028

**License Name**: TOM & COMPANY LLC

**Trade Name**: GOING QUIET COM

**Premise Address**: **1101 W HIBISCUS BLVD #103A**
**MELBOURNE**
**FL – 32901**

**Mailing Address**: 1101 W HIBISCUS BLVD #103A
MELBOURNE
FL - 32901

**LOA Issue Date**:

**LOA Expiration Date**:

**NOTE:** In the event all of the information on the license you are verifying does not match the information displayed above, or if the license has expired, there is a possibility that this may be an attempt at a fraudulent transaction. You should not complete the transaction without first contacting ATF at 1-877-560-2435 for assistance.

Upon submission of a renewal application on or before the expiration of the license, an FFL is authorized to continue business while the renewal is being processed. Please click the following link for references for renewal regulations and Q & As.
https://regulations.atf.gov/478-45/2016-12100#478-45

The data obtained from this site is not a substitute for a certified copy of the license.

Letter of Authorization (LOA) is a temporary letter generated by ATF for a licensee to confirm their application for renewal is in a pending status. This licensee is authorized to do business until final action has been taken on their renewal. Assuming the pending license is issued, upon issuance the LOA date will disappear and the new expiration date will populate.

If you have general questions concerning this web site, or the information displayed above, please contact ATF using the Problem Report link provided at the end of the page.

**CLICK THIS LINK TO REPORT ISSUES TO ATF.**



If you have difficulty accessing any information in the site due to a disability, please contact us via email (webmaster@atf.gov) and we will do our best to make the information available to you.

This site is best viewed at 1024 x 768 screen resolution or higher using Internet Explorer 5.5 or higher.

ATTENTION: Users may experience compatibility problems when attempting to view PDF files using Internet Explorer browser version 5 and above and Adobe Acrobat Reader 4.0. If problems occur, consider the following options: Right-click on PDF link and save to local drive; Use an earlier version of Adobe Acrobat Reader; Use an earlier version of Internet Explorer; or convert PDF to text using ATF's PDF Conversion Engine.

WARNING! This computer system is the property of the United States Department of Justice. The Department may monitor any activity on the system and search and retrieve any information stored within the system. By accessing and using this computer, you are consenting to such monitoring and information retrieval for law enforcement and other purposes. Users should have no expectation of privacy as to any communication on or information stored within the system, including information stored on the network and stored locally on the hard drive or other media in use with this unit (e.g., floppy drives, CD-ROMS, etc.).

Privacy Policy