**EXHIBIT F**

The Wayback Machine - https://web.archive.org/web/20240904063642/https://www.goingquiet.com/



Search



## Get Started

Home

News

Contact Us

Retailer Login

Store Policies

Privacy Policy

Terms of Use

## Shopping

Handguns

Rifles

Shotguns

Shop by Manufacturers

## Contact

Use email for fastest service:

sales@goingquiet.com

**Ph:** (321) 917-0760
**Fax:** 877-249-4253



© Copyright 2024 Gearfire all rights reserved.