**EXHIBIT G**



Search



## Contact Us

For fastest service, contact us by email: **sales@goingquiet.com**

You can also use the Quick Request form below...

Your Name:

Email Address:

Phone Number:

Comment / Request:

Send Request

## Store Contact Info

**Going Quiet**
1101 W Hibiscus Blvd #103A
Melbourne, FL 32901

### Get Started

Home

News

Contact Us

Retailer Login

Store Policies

Privacy Policy

Terms of Use

### Shopping

Handguns

Rifles

Shotguns

Shop by Manufacturers

### Contact

Use email for fastest service:

sales@goingquiet.com

Ph:

© Copyright 2025 Gearfire all rights reserved.