**EXHIBIT H**



321-917-0760

AI Mode | All | Images | Maps | Shopping | Short videos | Forums | More ▾ | Tools ▾



Better Business Bureau
https://www.bbb.org › ... › Melbourne › Gun Dealers

## GOINGQUIET.com | BBB Business Profile

Find BBB Accredited Businesses in Gun Dealers. Visit Website **(321) 917-0760** Email Business Write a Review · About · Reviews · Complaints. Table of Contents.



Going Quiet
https://www.goingquiet.com › contact-us

## Contact Us

Store Contact Info. Going Quiet **1101 W Hibiscus Blvd #103A Melbourne, FL 32901** (321) 917-0760. Get Started. Home · News · Contact Us · Retailer Login · Store ...



ZoomInfo
https://www.zoominfo.com › David-Tom

## Contact David Tom, Email: d***@goingquiet.com & Phone ...

David Tom's headquarters phone number is **(321) 917-0760** Which industry does David Tom work in? David Tom works in the industry of Retail, Sporting & ...



MapQuest
https://www.mapquest.com › ... › Florida › Melbourne

## Goingquiet.Com, 1101 W Hibiscus Blvd, Melbourne, FL ...

+1 (321) 917-0760 · http://www.goingquiet.com. **Goingquiet.Com is a firearms retailer located in West Melbourne, FL**, offering a wide range of handguns, shotguns ...



Going Quiet
https://www.goingquiet.com › walther › contact_us

## Walther Arms

Going Quiet 1101 W Hibiscus Blvd #103A Melbourne, FL 32901. Phone: **(321) 917-0760**. HOME | · HANDGUNS | · RIFLES | · FIREARM ACCESSORIES | · ABOUT US ...



Manta Business Directory
https://www.manta.com › mkfnwcz › tom-company-llc

## Tom & Company, LLC - Melbourne, FL

Melbourne, FL 32901 · (321) 917-0760 · Map pin Get Directions. Similar Businesses. Tom & Company, LLC. Melbourne, FL. View · Avasar Corporation. Melbourne, FL.


Blue Book of Gun Values
https://bluebookofgunvalues.com › find-local-dealers

## GOING QUIET COM About, Customer Reviews and Firearms for ...

**1101 W HIBISCUS BLVD #103A, MELBOURNE, FL** (321) 917-0760. Claim Profile. Guns for Sale. About & Customer Reviews. GOING QUIET COM's Guns for Sale.


Arms Directory
https://armsdirectory.com › ... › Florida › Melbourne

## GOING QUIET COM 1101 W Hibiscus Blvd 103A

... **(321) 917-0760**. Send message. Licenses. FFL # 1-59-***-**-**-11611. Type 7 Manufacturer of firearms other than destructive devices. Open FFLeZCheck. More ...


Gun Made
https://www.gunmade.com › goingquiet.com-1-7815

## GoingQuiet Hours, Reviews & Deals - Updated August 2025

Location & Hours. GoingQuiet. 1101 W Hibiscus Blvd #103A, Melbourne, FL, 32901. **(321) 917-0760**. View Store · Directions. Store Hours. sunday. monday. tuesday.


Better Business Bureau
https://www.bbb.org › melbourne › category › gun-dea...

## Gun Dealers near Melbourne, FL

**(321) 917-0760**. 1101 W Hibiscus Blvd Ste 103A, Melbourne, FL 32901. Tip of the Spear Training Group. Gun Store, Gunsmiths, Gun Dealers ... not BBB accredited.

1 2 3 4 5 6 7        Next

Results are not personalized

**Huntington, New York** - Based on your places (Home) - Update location

Help     Send feedback     Privacy     Terms