**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DAVID TOM,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**DELANCEY STREET GROUP LLC**<br><br>**and**<br><br>**MJA HOLDINGS, INC.**<br>**d/b/a MCA JUSTICE**<br><br>*Defendant.* | Case No.<br>1:25-cv-00566-GTS-DJS<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER DENYING]**
**DEFENDANT MJA HOLDINGS, INC.'S MOTION TO DISMISS**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the

Defendant MJA Holdings, Inc's. Motion to Dismiss is hereby DENIED.


*BY THE COURT:*


_____

J.