Glock Talk

G17 Gen 1 (1984)  G17 Gen 1 (1982-1988)  G17 Gen 2 (1988-1997)  G17 Gen 3 (1995-2010)  G17 Gen 4 (2010-Present)  G17 Gen 5 (2017-Present)

## GLOCK TALK

Search Community

Terms of Use and Privacy Policy updated: forum content use and AI/LLM use clarified. Read Terms Privacy Policy ✕

### Glock Talk

**22M** posts • **203K** members • Since 1999

A forum community dedicated to Glock firearm owners and enthusiasts. Come join the discussion about optics, gunsmithing, styles, reviews, troubleshooting, accessories, classifieds, and more!

**Goodness I feel like a curmudgeon lately…**
LuckyDuck  💬 12

Sponsored

**Southern Precision Outdoors' Thermal Revolution with AGM's Latest**
TFB  TheFirearmBlog.com

Carry Issues
**Myth: Open carriers will be shot first**
Glundy79 · 2h ago   seanmac45 replied a moment ago   💬 14

General Firearms Forum
**Free ammo**
BamaTrooper · 3h ago   nedsled replied 24m ago   💬 9

General Glocking
**Trijicon RMR RM07 With DPP Dovetail Mount on Slimline G43X**
plumber802 · 4h ago   Rich_J replied a moment ago   💬 11

General Firearms Forum
**SAC Survival Pistol**
furetto7 · 4h ago   bobcat21 replied 2h ago   💬 2

General Firearms Forum
**Ruger LCR owners**
billy b · 8h ago   ithaca_deerslayer replied 49m ago   💬 8

General Glocking
**First Glock?**
MrBigGunzz · 16h ago   MrBigGunzz replied 2h ago   💬 27

**B**
Carry Issues
**Favorite pants, shorts brands for AIWB edc.**
Brofunk · 18h ago   GlockyQ replied 2h ago   🔍 14

**C**
General Firearms Forum
**Major players implicated**
Casscade · 3h ago   Big Bird replied 42m ago   🔍 1

**R**
General Glocking
**Shark Coast Customs G17**
Raven87 · 17h ago   Raven87 replied 3h ago   🔍 14

General Glocking
**30S parts**
ScottMn · 8h ago   Leo Y replied 52m ago   🔍 3

**R**
Introduction Forum
**Hi from Ohio!**
Raven87 · 18h ago   amd65 replied a moment ago   🔍 15

General Glocking
**I think I could live with only a single gun**
Vito · 1d ago   Maccabeus replied 2h ago   🔍 53

**J**
General Glocking
**Bought a G22 from Parro's Gun supply looks new**
Jackalgolfer66 · 17h ago   Jackalgolfer66 replied 10h ago   🔍 7

Reloading
**What powder for .357mag?**
ithaca_deerslayer · 1d ago   fredj338 replied 24m ago   🔍 51

Introduction Forum
**new here**
Jacques4660 · 1d ago   Truth&Balance replied 7h ago   🔍 27

The Cutting Edge
**My First (Maybe Only) Knife In A Tube**
OV1kenobi · 1d ago   OV1kenobi replied 2h ago   🔍 13

Edged Weapons & Related Items                    **$285.00**
For Sale Microtech Ultratech Sandtrooper DE FS



**General Firearms Forum**
**Scope for a .308 AR-10 - what's out there?**
Bren · 1d ago   ich.ni.san replied 38m ago   Q 13



**General Glocking**
**G26 gen5 MOS**
JPLII · 3h ago   Q 0

**General Firearms Forum**
**Guidrod weights**
Jacques4660 · 1d ago   vindibona1 replied 13h ago   Q 14

**Firearms Listings**   **$260.00**
For Sale **S&W M&P Shield 9mm**
Francis2fortytwo · 4h ago   Q 0



**General Competition**
**2 matches under**
4592222tcm · 19h ago   battousai replied 3h ago   Q 3

**Rimfire Forum**
**Ruger lcp 2**
norton · 1d ago   BucsBilly replied 14h ago   Q 11

**Caliber Corner**
**Had never held a .45 G.A.P. cartridge until today**
One_More_Glock · 2d ago   akpls replied 31m ago   Q 41

**Holsters & Related Items**   **$70.00**
For Sale **JM Custom Kydex G10.5 w/ Surefire x300 OWB RH**
GucciGlockMane · 10h ago   Q 0

Load More

**Members online**

gunter_h, It'soncuz!, honu8019, Dreamaster, 2Princetons, arkdweller22, amd65, The Shadow, Ordell Robbie, PBCounty, douglas girard, badge315, hooligan74, quizkid, sombunya, jedred1, glock27_03, SGT67, QNman, Sixgunner357 and 61 more

Total: 533 (members: 81, guests: 452)

**Forum statistics**

| | |
|---|---|
| Threads: | 1,217,571 |
| Messages: | 21,831,947 |
| Members: | 203,474 |
| Latest member: | 3225863697 |

Home     About Us     Terms of Use     Privacy Policy     Help     Business Directory     Contact Us  |  Grow Your Business

When you purchase through links on our site, we may earn an affiliate commission, which supports our community. The Fora platform includes forum software by XenForo. Outdoor Hub, LLC (d/b/a Carbon Media Group), 30800 Telegraph Rd, Suite 1921, Bingham Farms, MI 48025 USA



Your Privacy Choices