# Gen 3 19 OD

Glock 19

👁 3.3K views 💬 21 replies

→ Jump to Latest



**Glockman4** Discussion starter
2,713 posts · Joined 2015

#1 · Nov 16, 2023

Saw this on gunbroker the other day and threw a bid on it since it started at $399, thinking no way I'd win it. Well I did. Picked it up yesterday, it appears it was never fired outside the factory. No wear whatsoever. Basically brand new in the box.

Made in 2006, K prefix so it has the really good frying pan finish. I'm happy.

Anyone else like the original OD guns? I'm surprised it took me this long to get one honestly.



Proud Deplorable Garbage

😊😮 Eagle1, Shorty 45, PilatusTurbo and 14 others

💬 Reply   👍 Like



Sort by     Oldest first

### Ranger357
4,689 posts · Joined 2008

#2 · Nov 16, 2023

FP finish, gen 3, old school OD in a 19. Does not get much better!

👍 Shorty 45, Jimmy454, arkdweller22 and 3 others

Reply          Like

### cadillacguns
15,737 posts · Joined 1999

#3 · Nov 16, 2023

Sweet deal !!!

GLOCKS #1 FAN!!!

👍 Julius Seizure and FireMedic-50

Reply          Like

### KentuckyMarksman
578 posts · Joined 2015

#4 · Nov 16, 2023

Awesome buy! Enjoy!

Q Reply        👍 Like

---

### Nebraskabiker
132 posts · Joined 2023

#5 · Nov 16, 2023

I only have gen 5 Glocks, but I wish I could get the OD green. I do like the color. You got a good deal on that one.

Q Reply        👍 Like

---

### benben
2,296 posts · Joined 2010

#6 · Nov 16, 2023

Congratulations, that's a great find! I'm a huge fan of OD Green.

Q Reply        👍 Like

---

### desertfox7266
1,059 posts · Joined 2009

#7 · Nov 16, 2023

Nice!

Q Reply        👍 Like

---

### FireMedic-50
4,104 posts · Joined 2013

#8 · Nov 16, 2023

Very nice! Sweet price as well

*Questionable Activities Instructor*
*Certified Glock Armorer*

Q Reply        👍 Like

---

### DaveLint
150 posts · Joined 2023

#9 · Nov 16, 2023

Nice score!

Q Reply      👍 Like                                                    🔖    ⌘



**fl_snub_noz**
1,960 posts · Joined 2004

#10 · Nov 16, 2023

very nice😍

Q Reply      👍 Like                                                    🔖    ⌘

**Majestic9C1**
2,438 posts · Joined 2018

#11 · Nov 16, 2023

that is exactly what I bought for my first gun... still have it and wont sell it

Q Reply      👍 Like                                                    🔖    ⌘

**Big B in Big D**
114 posts · Joined 2005

#12 · Nov 16, 2023

Great deal, great gun (Gen and model), great color. You hit the trifecta! Nice work!!

Q Reply      👍 Like                                                    🔖    ⌘

**GLOCKgeo**
149 posts · Joined 2011

#13 · Nov 16, 2023

You gotta love OD Glocks! Here is G19 Gen3 with a little work don on it. The finger grooves have been removed, the slide milled for an RMR, and front slide serrations.



Live free or die trying!

Q Reply    👍 Like

### GrigoriRasputin
391 posts · Joined 2020

#14 · Nov 16, 2023

Nice pick up. Gotta love factory colored Glock frames.

Q Reply    👍 Like

### tenifglockfin
1,342 posts · Joined 2020

#15 · Nov 16, 2023

The finish is the best, wish they never got rid of it.

Q Reply    👍 Like

### Toocool45
3,880 posts · Joined 2018

#16 · Nov 16, 2023

You scored on that. I had a line on one 6 months ago. It was very nice but had a light mounted to hide the rail wear. No finish wear on the slide. But it was 799. I didnt buy it. That era is the best for Frying Pan Finish guns. Its a true tenifer gun. The coolest part is in that era its got the super crackly finish thats got the glossy /matte hue to it that looks great. Please show better pictures. Notice how the sticker on the extra mag looks great.that mag looks unused and is correct for that gun.

Q Reply    👍 Like



### Majestic9C1
2,438 posts · Joined 2018

#17 · Nov 16, 2023

Case 2:26-cv-01150-JMA-ST    Document 51-3    Filed 04/02/26    Page 6 of 14 PageID #: 304



[For Sale: Glock 19 Gen 3 Factory OD Green $575 near MELBOURNE, Space Coast, FL : 14365241](#)

Buy a Glock 19 Gen 3 Factory OD Green $575 near MELBOURNE, Space Coast, FL : 14365241

A www.armslist.com

Q Reply    👍 Like

---



**Stealth .45**
42 posts · Joined 2022

#18 · Nov 16, 2023

Nice score. I have an unfired Gen 3 17 OD



Alchemy "Custom" Weaponry is the "Kimber" of the semi custom 1911 world

👍😍 Shorty 45 and Deeds86

Q Reply    👍 Like

---



**Glock40man**
8,302 posts · Joined 2011

#19 · Nov 17, 2023

That's the right "vintage."

Congrats!

_____

.... you put a whole new shine on the word overkill. "When you need it, and don't have it.... you sing a different tune."- M. Gross

Reply    Like

**kodhd**
536 posts · Joined 2009

#20 · Nov 17, 2023

I have that same color scheme on my G23.3, love that gun. It has been shot/carried a lot and the slide looks new. I wish Glock still used that finish. I wouldn't pass up a G19 version for that price. Nice find.

 Toocool45

Reply    Like

**Glockman4**  *Discussion starter*
2,713 posts · Joined 2015

#21 · Nov 17, 2023 (Edited)

Some additional pics. She's minty. Gonna break it in this weekend at the range. It's about 17 years overdue for this one. I don't buy safe queens 😉





### Deeds86
1,155 posts · Joined 2022

#22 · Nov 18, 2023

Stop with the pics! it's too early and already drooled in my sleep!!! That's awesome I wish I would find a deal like that!!! Great job op!

Q Reply          Like

Write your reply...

**Post Reply**

## Related Threads



Glock Collector's Club
glockhoarder Apr 23, 2020

### Gen 1 Glock 19 SN thread

Hi Guys, Just so we have an idea what's out there I wanted to start a Gen 1 19 SN thread. Please
share as much of the SN as you'd like. Or, better, PM me with the complete SN. I'll add it and will…



Q 159   👁 18K                                                     Texas1835 replied Jun 4, 2025

---

General Glocking
Desk_Jockey Aug 22, 2020

### Gen 5 19 ejection issue - need input

I bought a lightly used Glock 19, Gen 5, MOS with front serrations. S# BLTR***. Per glock the manufacturing date
is May 19. Appears to have a couple hundred rounds or less based on wear (or lack there of). I took it to the…

Q 34   👁 9.2K                                                     gunsmoke92 replied Jun 16, 2024

---



Sold/Expired
630skirmish Oct 21, 2022

Sold **Glock 19 Gen 3 Long Slide with custom slide work**

$400.00   Irving, Texas

Q 6   👁 2.3K                                                     630skirmish replied Nov 28, 2022

---



Glock Collector's Club
L.A.Tactical Oct 29, 2022

### OD Green Gen 3 Frames

I remember a time a few years ago when OD frames had a collector following and brought considerable premiums
over standard black guns. Things seem to have died down—which is likely due to the supply drying up as much …

Q 5   👁 1.7K                                                     L.A.Tactical replied Nov 3, 2022



Gunsmithing
Dusty Rivers Feb 4, 2023

## Gen 3 Glock 19 Build FTF

I have assembled a Gen 3 Glock 19 using the following parts: - Glock Gen 3 19 frame with all OEM parts Lone Wolf slide with all OEM parts and RMR cut. Glock 19 barrel, guide rod and 18# spring. -three different Glock 19…

💬 5    👁 1.1K                                                    Dusty Rivers replied Feb 5, 2023



General Firearms Forum
memphokid Feb 25, 2023

## OD GREEN GEN 3 GLOCK 26

Thinking of selling my OD Green Gen 3 Glock 26 with night sights and (5) 10 round mags (1) Pearce (1) Scherer and (1) Glock grip extensions. What is the value? How do I sell it online? Looking to replace it with a BFG Glock…

💬 11    👁 2.3K                                              FireMedic-50 replied Mar 18, 2023



General Glocking
bowzette Mar 17, 2023

## Gen 3 19 and Gen 4 26 Hybrid

I just put a Glock Gen 3 19 slide on a Glock 26 Gen 4 frame and shot it today for the first time. Seems to work well. This gives me the sight radius and weight of the G19 with the 1" shorter G26 grip. 10+1 and a 15 round…

💬 13    👁 1.1K                                              Will Beararms replied Mar 19, 2023



Glock Collector's Club
L.A.Tactical May 7, 2023

## Gen 4 in OD Green

I may just be one of the uninformed and this was common knowledge, but I was not aware that Glock ever made an OD Green run of Gen4 guns. This 19 came in from one of my…



💬 50    👁 11K                                              The Night Rider replied Mar 15, 2025

Gun Parts & Accessories
chindogg Jun 10, 2023

Sold **Complete Glock 19 Gen 3 Slide**

$200.00    Worcester, Massachusetts

💬 0    👁 512    chindogg replied Jun 10, 2023

---



General Glocking
Darosen1 Aug 19, 2023

## Glock 19 Gen 3, light primer strikes (center)

I have a mostly stock Glock 19 Gen 3 where every 100 rounds I will get about 5 light primer strikes in the center. Only have 500 rounds thru it. I am shooting 115 grain Winchester JHP. Aftermarket parts include an Apex trigger…

💬 26    👁 5.6K    cciman replied Aug 20, 2023

---

General Glocking
John_AZ Sep 23, 2023

Glock 23  **Gen 3 23**

Stumbled into a Gen 3 23 today, really good condition. 3 standard mags and 3 plus two mags and about 500 rounds of ammo. My only .40 gun now, but it was at a price no one could walk away from. Also got about 1000…

💬 32    👁 2.3K    art6555 replied May 15, 2024

---

Sold/Expired
diamondd2 Oct 22, 2023

Sold  **Glock 19 Gen 4**

$450.00    Morristown, New Jersey

💬 9    👁 1.7K    diamondd2 replied Dec 6, 2023

---

General Glocking
gunsrfun1 Nov 23, 2023

## Glock OEM threaded barrel for Glock 19 - Gen 5 vs. Gen 3 - Question

I've searched the web on this question, but I get differing or unclear responses. Hopefully there is a fully accurate and complete answer someone can provide: I want to get a Gloc…



💬 2    👁 1.8K    Toocool45 replied Nov 23, 2023

---



Wanted To Buy
Justtheguy Jan 4, 2024

For Sale  **GEN 3 19 with tupperware case.**

**$100,000.00**    Charlotte, North Carolina

💬 0    👁 326          Justtheguy replied Jan 4, 2024



**Gun Parts & Accessories**
duncan Jan 6, 2024

`For Sale` **Lone Wolf Glock 19 (Gen 1-3) 9mm Ported Barrel**

**$100.00**    Seattle, Washington

💬 2    👁 1.1K          duncan replied Mar 31, 2024

**Firearms Listings**
Ijaq516 Feb 21, 2024



`For Sale` **Glock 19 Gen 3 with Holosun 509T**

**$750.00**    Houston, Texas

💬 0    👁 1.4K          Ijaq516 replied Feb 21, 2024

**General Glocking**
Amegatek Mar 25, 2024

**New Glock 19 Gen 3**

Way back in 2004, I got my first Glock. It was a Glock 19 Gen 3. It was my first concealed carry gun. I liked the Gen 3 trigger, and I actually like the finger grooves. I traded that gun…



💬 8    👁 1.5K          320617 replied Mar 28, 2024



**General Glocking**
Amegatek Mar 31, 2024

**UPDATE: New Glock 19 Gen 3 Range Trip**

I took the new Glock 19 to range on Friday. The gun functioned flawlessly, and is more accurate then I will ever be. The custom stippling feels great in my hand and I think it feels better than the factory Gen 3 texture. I added…

💬 10    👁 731          BufG26 replied Apr 1, 2024



**Firearms Listings**
Billy d Kid Jun 22, 2024

For Sale **Gen 5 Glock 19mos for sale**

$1,450.00  Houston, Texas



💬 9    👁 2.5K

Sam Spade replied Jul 1, 2024

---



**Gun Parts & Accessories**
RendFou Sep 2, 2024

Sold **OD Green Glock 19 TLR1 holster**

$35.00    Fairfield Glade, Tennessee



💬 0    👁 242

RendFou replied