

### Majestic9C1

2,438 posts · Joined 2018

#17 · Nov 16, 2023



[For Sale: Glock 19 Gen 3 Factory OD Green $575 near MELBOURNE, Space Coast, FL : 14365241](#)

Buy a Glock 19 Gen 3 Factory OD Green $575 near MELBOURNE, Space Coast, FL : 14365241

**A** www.armslist.com