**Listed In: Handguns**    Add To Favorites

# GLOCK 19 GEN 3 FACTORY OD GREEN $575 FROM GOINGQUIET NEAR MELBOURNE, SPACE COAST, FL

Share:

## $ 575





Premium Vendor Details

**Goingquiet**
Registered on 7/3/2012

Armslist Store    Vendor Reviews

| | |
|---|---|
| Email | **sales@goingquiet.com** |
| Phone | **8554864867** |
| Website | **Goingquiet Website** |
| Location | **MELBOURNE, Space Coast, Florida** |
| Shipping | **No** |

# Product Description

Brand new Glock 19 Gen 3 in factory OD green. These are factory made guns, they are not coated aftermarket - brand new with 2 mags. I used to sell these guns for $900 each after they were discontinued. Get them while they are back around!

$575 cash/CWL picked up. Sold as pictured.

Shipping available if you are not local.

Will trade up or down as long as I can make money.

I sell the following:

Glock

Sig

HK

Colt

S&W

Gemtech

Advanced Armament

Silencerco

Dead Air

Aimpoint

Eotech

US Optics

Les Baer

Springfield

| | |
|---|---|
| TRANSFERS | Ask |
| SHOOTING RANGE | No |
| CATEGORY | **Handguns** |
| MANUFACTURER | **Glock** |
| CALIBER | **9mm Luger (9x19)** |
| ACTION | **Striker Fire** |
| FIREARM TYPE | **Pistol** |



Kahr

Trijicon

If you want it, I can sell it to you - email me at REDACTED for a quote! Please do not send messages on this platform, they are very difficult to login to and respond for me. www.goingquiet.com





Listed On: Tuesday, March 25, 2025                                                                post id: 14365241