The Wayback Machine - https://web.archive.org/web/20110301012316/http://goingquiet.com/



Search

- [Home](#)
- [Products](#)
  - [Glock Safe Action Pistols](#)
    - [Glock 17](#)
    - [Glock 21](#)
    - [Glock 23](#)
    - [Glock 26](#)
    - [Glock 27](#)
    - [Glock 36](#)
    - [Glock 19](#)
    - [Glock 22](#)
  - [Silencerco – Pistol Suppressors](#)
    - [Osprey 40](#)
    - [Osprey 45](#)
    - [Osprey 9](#)
    - [Sparrow 22](#)
- [Return Policy](#)
- [FAQ](#)
- [Shopping Cart](#)
  - [Checkout](#)
- [Contact](#)

# Home

**GoingQuiet.com** is a full service firearm dealer, specializing in NFA sales and transfers as well as wholesale diamonds and mountings.

**We currently offer:**

- Firearm Sales, Trades and Consignments / Repairs and Custom Work Available
- Silencers, Machineguns, Short Barrel Rifles & Shotguns

- Firearm Transfers and Shipping
- Firearm Appraisals for Estates and Insurance Binding
- Wholesale Diamonds and Mountings

**Brands represented:**

- **Silencerco – Stocking Distributor**
- **Sig Sauer – Stocking Dealer**
- **Gemtech – Stocking Dealer**
- **Rock River Arms – Stocking Dealer**
- **Smith & Wesson**
- **Glock**

## Business Hours

The majority of GoingQuiet.com sales are internet based so all retail sales are BY APPOINTMENT ONLY. For fastest response please email sales@goingquiet.com if you have any questions.

Comments are closed.

- # Shop

    - Products
    - Return Policy
    - Home
    - FAQ
    - Shopping Cart
    - Contact

Home | Products | Return Policy | Shopping Cart | Contact

**Business Phone: (321) 917-0760 | sales@goingquiet.com**

© Copyright 2011 GoingQuiet.com | e-Commerce site for GoingQuiet.com

The Wayback Machine - https://web.archive.org/web/20121223090835/http://goingquiet.com:80/



Search

- [Home](#)
- [Products](#)
  - [Glock Safe Action Pistols](#)
    - [Glock 17](#)
    - [Glock 21](#)
    - [Glock 23](#)
    - [Glock 26](#)
    - [Glock 27](#)
    - [Glock 36](#)
    - [Glock 19](#)
    - [Glock 22](#)
  - [Silencerco – Pistol Suppressors](#)
    - [Osprey 40](#)
    - [Osprey 45](#)
    - [Osprey 9](#)
    - [Sparrow 22](#)
  - [GEMTECH](#)
    - [G5](#)
    - [G5-22](#)
    - [HALO](#)
    - [HVT](#)
    - [Outback 2D](#)
  - [Advanced Armament](#)
    - [762-SDN-6](#)
    - [Element 2](#)
    - [M4-2000](#)
    - [SR5](#)
    - [SR7](#)
- [Return Policy](#)
- [FAQ](#)
- [Shopping Cart](#)

- ○ Checkout
- Contact

# Home

**GoingQuiet.com** is a full service firearm dealer, specializing in NFA sales and transfers as well as wholesale diamonds and mountings.

**We currently offer:**

- Firearm Sales, Trades and Consignments / Repairs and Custom Work Available
- Silencers, Machineguns, Short Barrel Rifles & Shotguns
- Firearm Transfers and Shipping
- Firearm Appraisals for Estates and Insurance Binding
- Wholesale Diamonds and Mountings



   

   

   

**Don't See What You're Looking For?** For more information on all products offered by Going Quiet, or for a quote, Contact Us

## Brands represented:

Silencerco – Stocking Distributor, Sig Sauer – Stocking Dealer, Gemtech – Stocking Dealer, Rock River Arms – Stocking Dealer, Advanced Armament, Smith & Wesson, Glock, Barrett, LWRC International, Wilson Combat, Lancer Systems, Stag Arms

## Business Hours

The majority of GoingQuiet.com sales are internet based so all retail sales are BY APPOINTMENT ONLY. For fastest response please email sales@goingquiet.com if you have any questions.

- **Shop**

  - Products
  - Return Policy
  - Home
  - FAQ
  - Shopping Cart
  - Contact

Home | Products | Return Policy | Shopping Cart | Contact

**Business Phone: (321) 917-0760** | **sales@goingquiet.com**

© Copyright 2012 GoingQuiet.com | e-Commerce site for GoingQuiet.com

The Wayback Machine - https://web.archive.org/web/20131024090654/http://goingquiet.com/



Search

- [Home](#)
- [Products](#)
  - [Glock Safe Action Pistols](#)
    - [Glock 17](#)
    - [Glock 21](#)
    - [Glock 23](#)
    - [Glock 26](#)
    - [Glock 27](#)
    - [Glock 36](#)
    - [Glock 19](#)
    - [Glock 22](#)
  - [Silencerco – Pistol Suppressors](#)
    - [Osprey 40](#)
    - [Osprey 45](#)
    - [Osprey 9](#)
    - [Sparrow 22](#)
  - [GEMTECH](#)
    - [G5](#)
    - [G5-22](#)
    - [HALO](#)
    - [HVT](#)
    - [Outback 2D](#)
  - [Advanced Armament](#)
    - [762-SDN-6](#)
    - [Element 2](#)
    - [M4-2000](#)
    - [SR5](#)
    - [SR7](#)
- [Return Policy](#)
- [FAQ](#)
- [Shopping Cart](#)

- - Checkout
- Contact

# Home

**GoingQuiet.com** is a full service firearm dealer, specializing in NFA sales and transfers as well as wholesale diamonds and mountings.

**We currently offer:**

- Firearm Sales, Trades and Consignments / Repairs and Custom Work Available
- Silencers, Machineguns, Short Barrel Rifles & Shotguns
- Firearm Transfers and Shipping
- Firearm Appraisals for Estates and Insurance Binding
- Wholesale Diamonds and Mountings



   

   

   

**Don't See What You're Looking For?** For more information on all products offered by Going Quiet, or for a quote, Contact Us

## Brands represented:

Silencerco – Stocking Distributor, Sig Sauer – Stocking Dealer, Gemtech – Stocking Dealer, Rock River Arms – Stocking Dealer, Advanced Armament, Smith & Wesson, Glock, Barrett, LWRC International, Wilson Combat, Lancer Systems, Stag Arms

## Business Hours

The majority of GoingQuiet.com sales are internet based so all retail sales are BY APPOINTMENT ONLY. For fastest response please email sales@goingquiet.com if you have any questions.

- ## Shop

  - Products
  - Return Policy
  - Home
  - FAQ
  - Shopping Cart
  - Contact

Home | Products | Return Policy | Shopping Cart | Contact

**Business Phone: (321) 917-0760 | sales@goingquiet.com**
© Copyright 2013 GoingQuiet.com | e-Commerce site for GoingQuiet.com

The Wayback Machine - https://web.archive.org/web/20141020011508/http://goingquiet.com:80/



Search

- [Home](#)
- [Products](#)
  - [Glock Safe Action Pistols](#)
    - [Glock 17](#)
    - [Glock 21](#)
    - [Glock 23](#)
    - [Glock 26](#)
    - [Glock 27](#)
    - [Glock 36](#)
    - [Glock 19](#)
    - [Glock 22](#)
  - [Silencerco – Pistol Suppressors](#)
    - [Osprey 40](#)
    - [Osprey 45](#)
    - [Osprey 9](#)
    - [Sparrow 22](#)
  - [GEMTECH](#)
    - [G5](#)
    - [G5-22](#)
    - [HALO](#)
    - [HVT](#)
    - [Outback 2D](#)
  - [Advanced Armament](#)
    - [762-SDN-6](#)
    - [Element 2](#)
    - [M4-2000](#)
    - [SR5](#)
    - [SR7](#)
- [Return Policy](#)
- [FAQ](#)
- [Shopping Cart](#)

- - Checkout
- Contact

# Home

**GoingQuiet.com** is a full service firearm dealer, specializing in NFA sales and transfers as well as wholesale diamonds and mountings.

**We currently offer:**

- Firearm Sales, Trades and Consignments / Repairs and Custom Work Available
- Silencers, Machineguns, Short Barrel Rifles & Shotguns
- Firearm Transfers and Shipping
- Firearm Appraisals for Estates and Insurance Binding
- Wholesale Diamonds and Mountings



   

   

   

**Don't See What You're Looking For?** For more information on all products offered by Going Quiet, or for a quote, Contact Us

## Brands represented:

Silencerco – Stocking Distributor, Sig Sauer – Stocking Dealer, Gemtech – Stocking Dealer, Rock River Arms – Stocking Dealer, Advanced Armament, Smith & Wesson, Glock, Barrett, LWRC International, Wilson Combat, Lancer Systems, Stag Arms

## Business Hours

The majority of GoingQuiet.com sales are internet based so all retail sales are BY APPOINTMENT ONLY. For fastest response please email sales@goingquiet.com if you have any questions.

- ## Shop

  - Products
  - Return Policy
  - Home
  - FAQ
  - Shopping Cart
  - Contact

Home | Products | Return Policy | Shopping Cart | Contact

**Business Phone: (321) 917-0760** | **sales@goingquiet.com**
© Copyright 2014 GoingQuiet.com | e-Commerce site for GoingQuiet.com

The Wayback Machine - https://web.archive.org/web/20150801144003/http://goingquiet.com/



Search

- [Home](#)
- [Products](#)
  - [Glock Safe Action Pistols](#)
    - [Glock 17](#)
    - [Glock 21](#)
    - [Glock 23](#)
    - [Glock 26](#)
    - [Glock 27](#)
    - [Glock 36](#)
    - [Glock 19](#)
    - [Glock 22](#)
  - [Silencerco – Pistol Suppressors](#)
    - [Osprey 40](#)
    - [Osprey 45](#)
    - [Osprey 9](#)
    - [Sparrow 22](#)
  - [GEMTECH](#)
    - [G5](#)
    - [G5-22](#)
    - [HALO](#)
    - [HVT](#)
    - [Outback 2D](#)
  - [Advanced Armament](#)
    - [762-SDN-6](#)
    - [Element 2](#)
    - [M4-2000](#)
    - [SR5](#)
    - [SR7](#)
- [Return Policy](#)
- [FAQ](#)
- [Shopping Cart](#)

- ○ Checkout
- Contact

# Home

**GoingQuiet.com** is a full service firearm dealer, specializing in NFA sales and transfers as well as wholesale diamonds and mountings.

**We currently offer:**

- Firearm Sales, Trades and Consignments / Repairs and Custom Work Available
- Silencers, Machineguns, Short Barrel Rifles & Shotguns
- Firearm Transfers and Shipping
- Firearm Appraisals for Estates and Insurance Binding
- Wholesale Diamonds and Mountings



   

   

   

**Don't See What You're Looking For?** For more information on all products offered by Going Quiet, or for a quote, Contact Us

## Brands represented:

Silencerco – Stocking Distributor, Sig Sauer – Stocking Dealer, Gemtech – Stocking Dealer, Rock River Arms – Stocking Dealer, Advanced Armament, Smith & Wesson, Glock, Barrett, LWRC International, Wilson Combat, Lancer Systems, Stag Arms

## Business Hours

The majority of GoingQuiet.com sales are internet based so all retail sales are BY APPOINTMENT ONLY. For fastest response please email sales@goingquiet.com if you have any questions.

- **Shop**

    - Products
    - Return Policy
    - Home
    - FAQ
    - Shopping Cart
    - Contact

Home | Products | Return Policy | Shopping Cart | Contact

**Business Phone: (321) 917-0760** | **sales@goingquiet.com**
© Copyright 2015 GoingQuiet.com | e-Commerce site for GoingQuiet.com

The Wayback Machine - https://web.archive.org/web/20160514113358/http://goingquiet.com:80/

Search

- [Home](#)
- [Products](#)
  - [Glock Safe Action Pistols](#)
    - [Glock 17](#)
    - [Glock 21](#)
    - [Glock 23](#)
    - [Glock 26](#)
    - [Glock 27](#)
    - [Glock 36](#)
    - [Glock 19](#)
    - [Glock 22](#)
  - [Silencerco – Pistol Suppressors](#)
    - [Osprey 40](#)
    - [Osprey 45](#)
    - [Osprey 9](#)
    - [Sparrow 22](#)
  - [GEMTECH](#)
    - [G5](#)
    - [G5-22](#)
    - [HALO](#)
    - [HVT](#)
    - [Outback 2D](#)
  - [Advanced Armament](#)
    - [762-SDN-6](#)
    - [Element 2](#)
    - [M4-2000](#)
    - [SR5](#)
    - [SR7](#)
- [Return Policy](#)
- [FAQ](#)
- [Shopping Cart](#)

- o Checkout
- Contact

# Home

**GoingQuiet.com** is a full service firearm dealer, specializing in NFA sales and transfers as well as wholesale diamonds and mountings.

**We currently offer:**

- Firearm Sales, Trades and Consignments / Repairs and Custom Work Available
- Silencers, Machineguns, Short Barrel Rifles & Shotguns
- Firearm Transfers and Shipping
- Firearm Appraisals for Estates and Insurance Binding
- Wholesale Diamonds and Mountings



   

   

   

**Don't See What You're Looking For?** For more information on all products offered by Going Quiet, or for a quote, Contact Us

## Brands represented:

Silencerco – Stocking Distributor, Sig Sauer – Stocking Dealer, Gemtech – Stocking Dealer, Rock River Arms – Stocking Dealer, Advanced Armament, Smith & Wesson, Glock, Barrett, LWRC International, Wilson Combat, Lancer Systems, Stag Arms

## Business Hours

The majority of GoingQuiet.com sales are internet based so all retail sales are BY APPOINTMENT ONLY. For fastest response please email sales@goingquiet.com if you have any questions.

- ## Shop

  - Products
  - Return Policy
  - Home
  - FAQ
  - Shopping Cart
  - Contact

Home | Products | Return Policy | Shopping Cart | Contact

**Business Phone: (321) 917-0760** | **sales@goingquiet.com**

© Copyright 2016 GoingQuiet.com | e-Commerce site for GoingQuiet.com

The Wayback Machine - https://web.archive.org/web/20170622232449/http://goingquiet.com/



Search

- [Home](#)
- [Products](#)
  - [Glock Safe Action Pistols](#)
    - [Glock 17](#)
    - [Glock 21](#)
    - [Glock 23](#)
    - [Glock 26](#)
    - [Glock 27](#)
    - [Glock 36](#)
    - [Glock 19](#)
    - [Glock 22](#)
  - [Silencerco – Pistol Suppressors](#)
    - [Osprey 40](#)
    - [Osprey 45](#)
    - [Osprey 9](#)
    - [Sparrow 22](#)
  - [GEMTECH](#)
    - [G5](#)
    - [G5-22](#)
    - [HALO](#)
    - [HVT](#)
    - [Outback 2D](#)
  - [Advanced Armament](#)
    - [762-SDN-6](#)
    - [Element 2](#)
    - [M4-2000](#)
    - [SR5](#)
    - [SR7](#)
- [Return Policy](#)
- [FAQ](#)
- [Shopping Cart](#)

- ○ Checkout
- Contact

# Home

**GoingQuiet.com** is a full service firearm dealer, specializing in NFA sales and transfers as well as wholesale diamonds and mountings.

**We currently offer:**

- Firearm Sales, Trades and Consignments / Repairs and Custom Work Available
- Silencers, Machineguns, Short Barrel Rifles & Shotguns
- Firearm Transfers and Shipping
- Firearm Appraisals for Estates and Insurance Binding
- Wholesale Diamonds and Mountings



   

   



**Don't See What You're Looking For?** For more information on all products offered by Going Quiet, or for a quote, [Contact Us](#)

## Brands represented:

Silencerco – Stocking Distributor, Sig Sauer – Stocking Dealer, Gemtech – Stocking Dealer, Rock River Arms – Stocking Dealer, Advanced Armament, Smith & Wesson, Glock, Barrett, LWRC International, Wilson Combat, Lancer Systems, Stag Arms

## Business Hours

The majority of GoingQuiet.com sales are internet based so all retail sales are BY APPOINTMENT ONLY. For fastest response please email [sales@goingquiet.com](mailto:sales@goingquiet.com) if you have any questions.

- ## Shop

  - [Products](#)
  - [Return Policy](#)
  - [Home](#)
  - [FAQ](#)
  - [Shopping Cart](#)
  - [Contact](#)

[Home](#) | [Products](#) | [Return Policy](#) | [Shopping Cart](#) | [Contact](#)

**Business Phone: (321) 917-0760** | [**sales@goingquiet.com**](mailto:sales@goingquiet.com)
© Copyright 2017 GoingQuiet.com | e-Commerce site for [GoingQuiet.com](#)

The Wayback Machine - https://web.archive.org/web/20181031054849/http://goingquiet.com:80/



Search

- Home
- Products
  - Glock Safe Action Pistols
    - Glock 17
    - Glock 21
    - Glock 23
    - Glock 26
    - Glock 27
    - Glock 36
    - Glock 19
    - Glock 22
  - Silencerco – Pistol Suppressors
    - Osprey 40
    - Osprey 45
    - Osprey 9
    - Sparrow 22
  - GEMTECH
    - G5
    - G5-22
    - HALO
    - HVT
    - Outback 2D
  - Advanced Armament
    - 762-SDN-6
    - Element 2
    - M4-2000
    - SR5
    - SR7
- Return Policy
- FAQ
- Shopping Cart

- - Checkout
- Contact

# Home

**GoingQuiet.com** is a full service firearm dealer, specializing in NFA sales and transfers as well as wholesale diamonds and mountings.

**We currently offer:**

- Firearm Sales, Trades and Consignments / Repairs and Custom Work Available
- Silencers, Machineguns, Short Barrel Rifles & Shotguns
- Firearm Transfers and Shipping
- Firearm Appraisals for Estates and Insurance Binding
- Wholesale Diamonds and Mountings



   

   

   

**Don't See What You're Looking For?** For more information on all products offered by Going Quiet, or for a quote, Contact Us

## Brands represented:

Silencerco – Stocking Distributor, Sig Sauer – Stocking Dealer, Gemtech – Stocking Dealer, Rock River Arms – Stocking Dealer, Advanced Armament, Smith & Wesson, Glock, Barrett, LWRC International, Wilson Combat, Lancer Systems, Stag Arms

## Business Hours

The majority of GoingQuiet.com sales are internet based so all retail sales are BY APPOINTMENT ONLY. For fastest response please email sales@goingquiet.com if you have any questions.

- # Shop

  - Products
  - Return Policy
  - Home
  - FAQ
  - Shopping Cart
  - Contact

**Business Phone: (321) 917-0760 | sales@goingquiet.com**
© Copyright 2018 GoingQuiet.com | e-Commerce site for GoingQuiet.com

The Wayback Machine - https://web.archive.org/web/20190118225750/https://www.goingquiet.com/



Search

- Home
- Products
  - Glock Safe Action Pistols
    - Glock 17
    - Glock 21
    - Glock 23
    - Glock 26
    - Glock 27
    - Glock 36
    - Glock 19
    - Glock 22
  - Silencerco – Pistol Suppressors
    - Osprey 40
    - Osprey 45
    - Osprey 9
    - Sparrow 22
  - GEMTECH
    - G5
    - G5-22
    - HALO
    - HVT
    - Outback 2D
  - Advanced Armament
    - 762-SDN-6
    - Element 2
    - M4-2000
    - SR5
    - SR7
- Return Policy
- FAQ
- Shopping Cart

- - Checkout
- Contact

# Home

**GoingQuiet.com** is a full service firearm dealer, specializing in NFA sales and transfers as well as wholesale diamonds and mountings.

**We currently offer:**

- Firearm Sales, Trades and Consignments / Repairs and Custom Work Available
- Silencers, Machineguns, Short Barrel Rifles & Shotguns
- Firearm Transfers and Shipping
- Firearm Appraisals for Estates and Insurance Binding
- Wholesale Diamonds and Mountings



   

   

   

**Don't See What You're Looking For?** For more information on all products offered by Going Quiet, or for a quote, [Contact Us](#)

## Brands represented:

Silencerco – Stocking Distributor, Sig Sauer – Stocking Dealer, Gemtech – Stocking Dealer, Rock River Arms – Stocking Dealer, Advanced Armament, Smith & Wesson, Glock, Barrett, LWRC International, Wilson Combat, Lancer Systems, Stag Arms

## Business Hours

The majority of GoingQuiet.com sales are internet based so all retail sales are BY APPOINTMENT ONLY. For fastest response please email [sales@goingquiet.com](mailto:sales@goingquiet.com) if you have any questions.

- # Shop

  - [Products](#)
  - [Return Policy](#)
  - [Home](#)
  - [FAQ](#)
  - [Shopping Cart](#)
  - [Contact](#)

[Home](#) | [Products](#) | [Return Policy](#) | [Shopping Cart](#) | [Contact](#)

**Business Phone: (321) 917-0760** | [**sales@goingquiet.com**](mailto:sales@goingquiet.com)
© Copyright 2019 GoingQuiet.com | e-Commerce site for [GoingQuiet.com](#)

The Wayback Machine - https://web.archive.org/web/20220129033752/https://www.goingquiet.com/



(https://web.archive.org/web/20220129033752/https://www.goingquiet.com/)

🛒 Checkout  Empty

**f** (https://web.archive.org/web/20220129033752/https://www.facebook.com/GoingQuiet)

Search 🔍



(/web/20220129033752/https://www.goingquiet.com/glock?ad-link=613)

### Get Started

Home (https://web.archive.org/web/20220129033752/https://www.goingquiet.com/)
News
(https://web.archive.org/web/20220129033752/https://www.goingquiet.com/content.php?
page=news)
Contact Us
(https://web.archive.org/web/20220129033752/https://www.goingquiet.com/contact-
us/)
Retailer Login
(https://web.archive.org/web/20220129033752/https://www.goingquiet.com/login.php)
Store Policies
(https://web.archive.org/web/20220129033752/https://www.goingquiet.com/content.php?
page=policies)

### Shopping

Handguns
(https://web.archive.org/web/20220129033752/https://www.goingquiet.com/catalog.php?
search_for=handgun)
Rifles
(https://web.archive.org/web/20220129033752/https://www.goingquiet.com/catalog.php?
search_for=rifles)
Shotguns
(https://web.archive.org/web/20220129033752/https://www.goingquiet.com/catalog.php?
search_for=shotguns)
Shop by Manufacturers
(https://web.archive.org/web/20220129033752/https://www.goingquiet.com/manufacturers

## Contact

Use email for fastest service:
sales@goingquiet.com (https://web.archive.org/web/20220129033752/mailto:/)

Ph: (321) 917-0760
Fax: 877-249-4253

(https://web.archive.org/web/20220129033752/https://www.facebook.com/GoingQuiet)

© Copyright 2022 Gearfire all rights reserved.

The Wayback Machine - https://web.archive.org/web/20241121035723/https://www.goingquiet.com/



Search





## Get Started

Home

News

Contact Us

Retailer Login

Store Policies

Privacy Policy

Terms of Use

## Shopping

Handguns

Rifles

Shotguns

Shop by Manufacturers

## Contact

Use email for fastest service:

sales@goingquiet.com

Ph:



© Copyright 2024 Gearfire all rights reserved.