**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**DAVID TOM**, *individually and on behalf of*
*all others similarly situated*

                 Plaintiff,

      - against -

**DELANCEY STREET GROUP LLC**, *doing*
*business as* MCA Justice, and
**MJA HOLDINGS, INC**, *doing business as*
MCA Justice,

                 Defendant.
-----------------------------------------------------------X

**FILED**
**CLERK**

10:26 am, Aug 06, 2026

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**JUDGMENT**
CV 26-1150 (JMA) (ST)

A Memorandum and Order of Honorable Joan M. Azrack, United States District Judge, having been filed on August 5, 2026; granting Defendant's motions to dismiss with prejudice and without leave to amend; and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff David Tom take nothing of Defendants Delancey Street Group LLC and MJA Holdings, Inc.; that Defendant's motions to dismiss are granted with prejudice and without leave to amend; and that this case is closed.

Dated: August 6, 2026
      Central Islip, New York

                             BRENNA B. MAHONEY
                             CLERK OF COURT

                    BY:    /s/ GRISEL ORTIZ
                             DEPUTY CLERK